AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1737 W Street, SE
Apartment 106
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 0 4 2 - M - 0 1

TO: __Daniel C. Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, Daniel C. Sparks_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

1737 W Street, S.E. Apartment 106 is located on the first floor down a long hallway in a multi-story brick apartment building. The numerals 106 are white in color against a brown background situated on a silver knocker affixed to a brown metal door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _February 7, 2008_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 24 2008  11:45 am

Date and Time Issued   DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

at Washington, DC

Name and Title of Judicial Officer          Signature of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/24/08 | 1/24/08 1:50 p.m. | LENORA WILLIAMS |

INVENTORY MADE IN THE PRESENCE OF  SAs Tom Ryan and Det Sepeck.

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See attached receipt

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

**FILED**
FEB 0 7 2008
Clerk, U.S. District and Bankruptcy Courts

Subscribed, sworn to, and returned before me this date.

*[signature]*  02-07-08
U.S. Judge or U.S. Magistrate Judge    Date

FD-597 (Rev 8-11-94)                                                                                     Page  1  of  2

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 1/24/08    Entry: 1:50 p.m.              item(s) listed below were:
                     Ex.7: 3:00 p.m.               ☐ Received From
                                                   ☐ Returned To
                                                   ☐ Released To
                                                   ☒ Seized

(Name) Lenora Williams
(Street Address) 1737 W St SE Apt 106
(City) WDC

Description of Item(s):
(1) One Black & Tan zippered hooded sweatshirt w/ white skulls on front & back. Located by SA DL Sparks hanging in closet Rm C.
(2) One Jennings/Bryco Arms 9mm pistol SN# 1559187 w/ one Rd in chamber and magazine w/ 12 Rds of ammo. Located by SA DL Sparks in closet Rm C on shelf.
(3) One Washington Nationals cap located by SA Jacobs in Rm A.
(4) Documents, photos, Indicia of occupancy relating to Antonio Douglas located Rm C by Det. Sepack.
(5) One 9mm Rd of ammunition located under mattress Rm C by SA Sparks.
(6) Three hats (2 x NY and 1 x Mets) located Rm A by Det Manley.
(7) Envelope from MPD to Antonio Douglas & scrap paper w/ name & phone #. Located by SA Ryan Rm C.
(8) Misc. Mail matter addressed to Walter Douglas. Located by SA Ryan in hall closet near bathroom.
(9) One pr. Brown Nike Boots size 8.5 located Rm C foot of bed by SA Jacobs.

Received By: _Daniel C. Sparks_          Received From: _Lenora Williams_
             (Signature)                                 (Signature)

FD-597 (Rev 8-11-94)

Page 2 of 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 1/24/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) LENORA WILLIAMS
(Street Address) 1737 W St SE Apt 106
(City) WDC

Description of Item(s):
10) One Brown Jacket located on chair Rm A by SA Jacobs.
11) Empty ziplocs; mail matter; Winchester .38 special cartridges; holster (dresser drawer) Rm E by Det. Manly.

Received By: X _____ (Signature)
Received From: Lenora Willia___ (Signature)